# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE
# RECORD

Fax to Cathy S. Lusk, 12th Court of Appeals, Tyler, TX.  Fax # (903) 593-2103

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/13/2015 10:20:52 AM
CATHY S. LUSK
Clerk

Court of Appeals No. (If Known):    _12-15-00029-CV_____

Trial Court Style:                TONYA M. ALLEN DDS, P.A. VS SMITH COUNTY APPRAISAL DISTRICT

Trial Court & County:             114th District Court Smith  Trial Court No.: 14-1121-B

Date Trial Clerk's Record Originally Due: 05-08-15

Date Court Reporter's/Recorder's Record Originally Due: 05-08-15

Anticipated Number of Pages of Record: 150

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason(s):  (check all that apply – attach additional pages if necessary)

☐  To the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record

☐  My duties listed below preclude working on this record

☒  I have had not respond from the attorney I have called and let a message bill of cost has not been paid $189.00. I have contact attorney by phone and letter.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by, 06-22-15
And **I hereby request an additional 30 days** within which to prepare the record.
TEX.R.APP.P.37.3.

In compliance with TEX.R.APP.P.9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the Trial Court's judgment or order being appealed.  I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

Date:  5/13/2015                          /S/ Linda Rhymes
                                          _____
                                          /S/ Linda Rhymes
Phone Number:  903-590-1677               Deputy Clerk

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements:*  A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:

| Lead Counsel for **APPELLANT(S):** | | Lead Counsel for **APPELLEE(S):** | |
|---|---|---|---|
| Name: | MICHAEL W. EATON | Name: | SANDRA GRIFFIN |
| Address: | 109 RIVER OAKS DRIVE SUITE 150 SOUTHLAKE TX 76092 | Address: | 3301 NORTHLAND DRIVE SUITE 505 AUSTIN TX 78731 |
| Phone #: | 817-431-1111 | Phone #: | 512-302-0190 |
| Attorney For: | P.A. TONYA M. ALLEN, DDS | Attorney For: | SMITH COUNTY APPRAISAL DISTRICT |